**Order entered April 21, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01464-CV

**ELLEN R. HEGWER, AS TRUSTEE OF THE RAY HEGWER LIVING TRUST A/K/A HEGWER LIVING TRUST, Appellant**

**V.**

**HOLLY EDWARDS A/K/A HOLLY RUTH EDWARDS A/K/A HOLLY RUTH RAINES, Appellee**

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-14298**

## ORDER

We **GRANT** appellant's April 19, 2016 motion for an extension of time to file a brief.

We **ORDER** the brief tendered to this Court by appellant on April 20, 2016 filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
          JUSTICE